HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID LIDYARD and MAKENNA LIDYARD,

Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

Defendant.

Case No. 2:21-cv-00396-BJR

STIPULATED JOINT MOTION AND AGREED ORDER TO EXTEND DISCOVERY CUTOFF TO ALLOW THE DEPOSITION OF DEFENDANT'S 30(b)(6) CORPORATE REPRESENTATIVE

## STIPULATION

COME NOW Plaintiffs David and Makenna Lidyard and Defendant USAA Casualty Insurance Company ("USAA CIC"), by and through their counsel of record, and hereby make this stipulated joint motion to extend the current discovery deadline of February 11, 2022 by five days, to February 16, 2022, to allow for the deposition of USAA CIC's Rule 30(b)(6) corporate representative. This short extension will not have any impact on any other pre-trial deadlines or the August 29, 2022 trial date.

## FACTS

On December 14, 2021 the Court granted the parties' Amended Stipulated and Agreed Order to Extend Discovery Cutoff and Dispositive Motion Deadline. Dkt. #17. Under the

Court's order, the current discovery cutoff is February 11, 2022. *Id.* Trial is scheduled for August 29, 2022. *Id.* The parties are scheduled to complete all outstanding discovery in this matter by the current February 11 deadline, with the exception of USAA CIC's Rule 30(b)(6) corporate representative, Jan Gilpin. Ms. Gilpin is available for her deposition on February 16, 2022. Counsel for both parties have confirmed that they are also available for Ms. Gilpin's deposition on that date. However, February 16 is five days after the current discovery cutoff. The parties therefore respectfully request a five-day extension of the discovery deadline solely to allow for the deposition of USAA CIC's Rule 30(b)(6) corporate representative.

## ARGUMENT AND AUTHORITY

The Court may modify deadlines contained in the scheduling order "for good cause." Here, good cause exists to extend the discovery deadline by five days to allow for the deposition of USAA CIC's corporate representative. As noted above, the parties have diligently been conducting discovery in this matter and, with the exception of Ms. Gilpin's deposition, are scheduled to have all outstanding discovery completed by the current deadline of February 11, 2022. Over the past several weeks, the parties have been working to schedule the Rule 30(b)(6) deposition of USAA CIC. Although they had hoped that the deposition could occur prior to or on February 11, Ms. Gilpin's schedule has necessitated the need for a short five-day extension of the discovery cutoff. The parties thereby stipulate and ask for leave to extend the discovery cutoff to February 16, 2022, solely for the purposes of taking the deposition of USAA CIC's Rule 30(b)(6) witness. No prejudice is anticipated to either party by this short extension. Nor will this five-day extension have any impact on any other pre-trial deadlines or the current trial date.

STIPULATED AND AGREED ORDER TO EXTEND
DISCOVERY CUTOFF TO ALLOW THE DEPOSITION OF
DEFENDANT'S 30(b)(6) CORPORATE REPRESENATIVE - 2
No. 2:21-cv-00396-BJR

DATED this 1st day of February, 2022.

| EMERALD LAW GROUP | CORR CRONIN LLP |
|---|---|
| *s/ Jonathan Nolley* | *s/ Victoria E. Ainsworth* |
| Jonathan Nolley, WSBA #35850 | Blake Marks-Dias, WSBA No. 28169 |
| 12055 15th Avenue NE | Victoria E. Ainsworth, WSBA No. 49677 |
| Seattle, WA 98125 | 1001 Fourth Avenue, Suite 3900 |
| (206) 826-5160 Phone | Seattle, Washington 98154 |
| (206) 922-5598 Fax | (206) 625-8600 Phone |
| jonathan@emeraldlawgroup.com, | bmarksdias@corrcronin.com |
| jonathannolley@gmail.com | tainsworth@corrcronin.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant USAA CIC* |

## ORDER

This matter having come before the Court upon the stipulation of the parties, IT IS HEREBY ORDERED that, for good cause shown, the discovery cutoff in this matter is extended from February 11, 2022 to February 16, 2022 solely to allow for the deposition of USAA CIC's Rule 30(b)(6) corporate representative. This Order shall not affect any other pretrial deadlines or the current trial date.

IT IS SO ORDERED.
DATED this 8th day of February, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

EMERALD LAW GROUP PLLC

*s/ Jonathan Nolley*
Jonathan Nolley, WSBA #35850
12055 15th Avenue NE
Seattle, WA 98125
(206) 826-5160 Phone
jonathan@emeraldlawgroup.com
jonathannolley@gmail.com

*Attorneys for Plaintiff*

CORR CRONIN LLP

*s/ Victoria E. Ainsworth*
Blake Marks-Dias, WSBA No. 28169
Victoria E. Ainsworth, WSBA No. 49677
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600 Phone
bmarksdias@corrcronin.com
tainsworth@corrcronin.com
*Attorneys for Defendant USAA CIC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Christy A. Nelson*
Christy A. Nelson